# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

128274-75

JUDITH A. ZWERK,
      Plaintiff-Appellee,

v

MICHAEL A. ZWERK,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128274; 128275
COA: 247527; 253660
Saginaw CC: 00-035840-DO

_____/

      On order of the Court, the application for leave to appeal the February 8, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

s0919